UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMURI VEKUA,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, MESA VERDE DETENTION FACILITY,<br><br>  Respondents. | No.  1:26-cv-1882-DJC-CKD P<br><br>ORDER |

Petitioner is detained by Immigrations and Customs Enforcement and is currently representing himself. Petitioner filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and paid the filing fee. Petitioner also filed a motion for appointment of counsel. The court would consider appointing counsel for petitioner based on the complexity of the legal issues involved if petitioner is indigent. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner will be provided the opportunity to submit the appropriate affidavit in support of any optional request to proceed in forma pauperis and for appointment of counsel.

In accordance with the above, IT IS ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

|   |   |
|---|---|
| 1 | 2.  Petitioner may optionally submit an affidavit in support of a request to proceed in |
| 2 |     forma pauperis within 30 days; in the alternative, if petitioner does not intend to |
| 3 |     submit the affidavit or does not want counsel appointed, then petitioner may so inform |
| 4 |     the court in writing. |

Dated:  March 12, 2026

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 veku1882.110a.imm