**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq. (SBN: 326736)
1331 L Street
Bakersfield, California 93301
Telephone: (310) 903-9721
E-Mail: victor@vicnasserlaw.com

Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMURI VEKUA,<br>Petitioner,<br>v.<br>WARDEN OF MESA VERDE DETENTION FACILITY,<br>Respondents. | No. 1:26-CV-01882-DJC-CKD<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD AND ORDER** |

On March 09, 2026, a Habeas Corpus Petition pursuant to 28 U.S.C. §2241was filed in the California's Federal Eastern District Court. The matter was fully briefed by Petitioner and Respondent. On June 09, 2026, The Honorable District Judge Daniel J. Calabretta signed an order granting, in part, the Habeas Corpus Petition and ordering that Petitioner be given a bond hearing within fourteen days. Petitioner was given a bond hearing.

CJA Panel Attorney Victor Nasser was appointed as counsel to represent Petitioner in his pending Habeas Corpus matter. A ruling was made and Judgement was entered on June 09, 2026. The litigation phase of Mr. Vekua's Habeas Corpus matter has, therefore, come to an end. Having completed his representation of Mr. Vekua, CJA attorney Victor Nasser is now moving to terminate his appointment under the Criminal Justice Act.

Should Mr. Vekua require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 31, 2026,

Respectfully submitted,

_*/s/ Victor Nasser*__________________

Victor Nasser, Esq.
Attorney for Petitioner
Demuri Vekua

**ORDER**

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as petitioner counsel in this matter. Should Petitioner seek further legal assistance, Petitioner is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Petitioner.

The Clerk of Court is directed to serve a copy of this order on Petitioner at the following address and to update the docket to reflect Petitioner's pro se status and contact information.

Mesa Verde Detention Center
Demuri Vekua, A#249-109-286
425 Golden State Avenue
Bakersfield, California 93301

**IT IS SO ORDERED**

Dated: July 31, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE